## EXHIBIT E - Infringing  Camber Arm



Hi! Sign in or register Daily Deals Gift Cards Sell Help & Contact   My eBay

**ebay** Shop by category  Search... All Categories Search Advanced

Back to home page | Listed in category: eBay Motors > Parts & Accessories > Car & Truck Parts > Suspension & Steering >
Control Arms & Parts

## J2 ENGINEERING 96-00 HODNA CIVIC SILVER ADJUSTABLE FRONT SUSPENSION CAMBER KIT

| | | | |
|---|---|---|---|
| Item condition: | **New** | | | Add to watch list |
| Compatibility: | See compatible vehicles | | |
| Quantity: | 1   More than 10 available | | |

**Seller information**
dnamotoring (61579 )
99.4% Positive feedback

☐ Follow this seller

Visit store: dnamotoring
See other items

| | |
|---|---|
| Price: | US **$137.99**   or   **$23 for 6 months**†   **Buy It Now** |
| | Add to cart |
| Best Offer: | **Make Offer** |
| | Add to watch list |
| | Add to collection |

**Free shipping** New condition Experienced seller

| | |
|---|---|
| Shipping: | **FREE** Standard Shipping \| See details |
| | Item location: **Rowland Heights, California, United States** |
| | Ships to: **Americas, Europe, Asia, Australia**   See exclusions |
| Delivery: | Estimated on or before **Wed. Dec. 24** to 02035 |
| Payments: | PayPal VISA MasterCard American Express Discover |
| | Credit Cards processed by PayPal |
| | **PayPal CREDIT** |
| | † No Payments + No Interest if paid in full in 6 months, a budget of $23/month Apply Now \| See Terms |
| | See details |
| Returns: | 14 days money back, buyer pays return shipping \| See details |
| Guarantee: | See details |
| | Get the item you ordered or get your money back. Covers your purchase price and original shipping. |

Have one to sell? Sell now

---

**Description** **Shipping and payments**   Print \| Report item

Seller assumes all responsibility for this listing.    eBay item number: 181144357943
Last updated on Nov 14, 2014 14:30:35 PST View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | OriginalSku: | J2-CBK-HC96-SL |
| Part Brand: | dnamotoring | | |





ITEM SKU: J2-CBK-HC96-S

[ * ] PRODUCT DESCRIPTION





# J2 ENGINEERING ADJSUTABLE FRONT CAMBER KIT

When a car's suspension is upgraded with lowering springs, the result is a lower ride height, a more aggressive look, and better handling due to the lowered center of gravity. While those things are great improvements for the car, the tires suffers from increased wearing and tearing since the tires will slant inwards towards the inside fender. J2 Racing Camber Kits allow the car to remain at the lowered ride height while correcting the angle of the tire closer to the spec it was supposed to be.

· **100% Brand New; Never been Used or Tried On**
· **Made of High Quality CNC Machined Steel Alloy Material**
· **Corrects Camber +3.00 / - 3.00 Degrees and brings Quicker Response**
· **Design for Street, Track or Drift Racing Precise Adjustments with Long Service Life**
· **Improves Front Suspension, Handling, Predictable Response and even Prevents Premature Tire Wearing.**
· **Tires Wear more Evenly and Increases Traction and Handling by Ensuring Even or Desired Contact with the Ground**
· **Thicker and Stronger Lock Washers; Prevents Bolts from Getting Loose due to Engine Vibration and Road Conditions**
· **Hard Rubber Bushings for Extra Durability and Relativeness in Daily Driving or Tracking Racing**
· **OE Type Paint-Coated for the Highest Durability**
· **Direct Bolt-On Installation or Replacement**
· **No Instructions Included.**
· **Professional Installation is Highly Recommended**

## APPLICATION:
· **1996 - 2000 HONDA CIVIC EJ8 / EJ7 / EJ6 / EM1**

**\*\* PROFESSIONAL INSTALLATIONS ONLY\*\***

[ * ] **RELATED PRODUCTS**



[ * ] **PAYMENT INFORMATION**

- We accept PayPal payments. (e-check takes 3-7 business days to be processed. We will not ship until it is cleared)
Payment Options Overview:



[ * ] **SHIPPING INFORMATION**

- **Domestic Shipping** rates apply to all 48 contiguous states.
- **PR, HI, AK and PO Box addresses** shipping rates are the same as CANADA shipping.
- **US Territories and Military** such as **GU, VI, SAIPAN, APO/FPO** will be charegd the same as international shipping rate. Transaction will be held until a full shipping amount received.
- For **Canada shipping** please select **the lowest price**. We do not offer expedited shipping.
- **Some of the packages cannot be delivered to a PO Box.** Customer is responsible to ensure PO Box address given is deliverable by the shipping company. Package will be held until a valid physical address is provided.
- Items will be shipped 24 hours of payment verification.
- All international orders may be subject to their custom fees or brokerage fees or duty tax which we do not pay.

- All buyers must pay for their own customs fees or brokerage fees or duty tax.
- These fees vary due to price of item and government rate. Please contact your government website or shipping company to calculate fees.
- We are not responsible for any changed of address after item has been shipped.

**IMPORTANT NOTICE:**
We ship all our items either via UPS/FEDEX or USPS. If there is no specific request prior to purchasing, we will ship either method.

**Very Important Shipping Policy:**
We only could ship to the address that's stated on your PayPal account as the shipping address unless the correct address was stated on the PayPal notes section. E-mailing us after you have made payment does not count so please update your shipping address on PayPal before making a payment. Thanks.

## [ * ] RETURN POLICIES

- 14 Days money back, please notify us within 14 days after you've received your purchased item.
- All return requests must be submitted through your Ebay account.
- You have to obtain a RMA (Return Merchandise Authorization) number from us, and have the RMA number written on the return package.
- Buyers pay for return shipping fee.
- Items to be returned must be in resalable condition.
- All returns are for refund ONLY. No exchange accepted.
- Returns for refund are subject to a 20% restocking fee.

**Note:** Most items DO NOT come with instruction of Installation otherwise stated above, the buyer are responsible of the installation. If item is questionable, please consult your local professional/mechanic before making purchase.

## [ * ] CONTACT INFORMATION

Got any questions about this listing or the product that you've already purchased? Please feel free to contact us by using the ebay link "Ask seller a question" above, and also please notice that no emails will be replied during weekend and holidays.

**DNA Motoring Business Hours:** Monday - Friday, 10 AM to 5 PM (Pacific Time).

**DNA Motoring Contact Phone:** 1-626-965-8898

**For emissions related items, please check your local jurisdiction for emission specific requirements before purchasing.**



Powered by eBay Blackthorne 04.14.062

Powered by
channeladvisor

| Questions and answers about this item |
| --- |
| No questions or answers have been posted about this item. |
| Ask a question |

More to explore :   Civic 96-00 OEM,   96-00 Civic Camber Kit,   99-00 Civic Camber Kit,   96-00 Civic Seats,   96-00 Civic Header,   96-00 Civic Coupe Tail Lights

Community    About eBay    Announcements    Security Center    Resolution Center    Seller Information Center    Policies    Site Map    eBay official time
Preview new features    Contact us    Tell us what you think

Copyright © 1995-2014 eBay Inc. All Rights Reserved. User Agreement, Privacy and Cookies.