**EXHIBIT F - Letter Dated October 30, 2014**

## FOX & ASSOCIATES

62 South Main Street
Sharon, MA 02067

Steven N. Fox, Esq.                                            Voice: 781-821-8920
Patents, Trademarks & Copyrights                               Fax:   781-821-8919
                                                               sfox@foxpatent.com

---

October 30, 2014

VIA E-MAIL: james@dnamotoring.com

Mr. James Yeu
Sales Director
DNA Motor, Inc.
801 S. Sentous Street
City of Industry, CA 91748

                    Re:     J2 Engineering Camber Arm - Infringement of U.S. Patent Nos.
                            8,267,413; 7,857,332; and D602,408
                            Our Docket No.: 2014-203

Dear Mr. Yeu:

        We serve as counsel to Group-A Autosports, Inc. of Norco, California.

        Our client is the owner of U.S. Patent Nos. 8,267,413; 7,857,332; and D602,408 attached
hereto as Exhibits A, B, and C.

        It has come to our client's attention that your company is offering for sale and/or selling
gold and silver color camber arms as shown in Exhibit D attached hereto. Your company's
import, manufacture, advertisement, offer for sale, and/or sale of these camber arms infringe U.S.
Patent Nos. 8,267,413; 7,857,332; and/or D602,408.

        To settle this matter, our client demands that your company immediately stop offering for
sale and/or selling the infringing camber arms. Thereafter, our client requires an accounting of all
purchases, sales, and inventory of the infringing camber arms, including commercial bills of
lading and invoices. Upon our client's review of the accounting, it will require the execution of a
mutually acceptable settlement agreement providing, among other things, that your company will
not sell the infringing camber arms or any product that violates the patent rights; that your
company will destroy all existing inventory; and that your company will pay our client a
settlement amount as damages based upon the volume of infringing products sold.

        Kindly provide your company's reply to this letter on or before Tuesday, November 4,
2014.

                                Very truly yours,

                                FOX & ASSOCIATES

                                /Steven N. Fox/
                                Steven N. Fox

**EXHIBIT A - U.S. PATENT NO. 8,267,413**

US008267413B1

(12) **United States Patent**
Hsu

(10) **Patent No.:** **US 8,267,413 B1**
(45) **Date of Patent:** *Sep. 18, 2012

(54) **CAMBER ARM AND BALL JOINT ASSEMBLY**

(75) Inventor: **David Hsu**, Norco, CA (US)

(73) Assignee: **Group-A Autosports, Inc.**, Norco, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 30 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **12/898,866**

(22) Filed: **Oct. 6, 2010**

**Related U.S. Application Data**

(63) Continuation of application No. 12/234,287, filed on Sep. 19, 2008, now Pat. No. 7,857,332.

(51) **Int. Cl.**
*B62D 17/00* (2006.01)
(52) **U.S. Cl.** .............................. **280/86.757**; 280/86.751
(58) **Field of Classification Search** .............. 280/5.521, 280/86.751, 86.757
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

7,857,332 B2 * 12/2010 Hsu ......................... 280/86.757
* cited by examiner

*Primary Examiner* — Paul N Dickson
*Assistant Examiner* — Laura Freedman
(74) *Attorney, Agent, or Firm* — Steven N. Fox, Esq.

(57) **ABSTRACT**

The present invention is a device for adjusting the camber angle of a tire/wheel assembly of a vehicle. The device comprises a camber arm having a cage. The cage comprises a cavity and front and top walls. The top wall comprises first and second slots. The cage further comprising a cut-out extending along the front and top walls. The device further comprises a ball joint assembly adjustably engaged with the cage. The device further comprises a fastener for securing the upper clamping plate to the lower clamping plate of the ball joint assembly. The ball joint assembly is adjustably moved along the first and second slots of the cage from a first position where the outward portion of the ball joint housing is disposed outside of the cavity of the cage and a second position where the outward portion of the ball joint housing is disposed within the cavity.

**19 Claims, 15 Drawing Sheets**





FIG. 1

FIG. 2



FIG. 3



FIG. 5



FIG. 4A



FIG. 4B



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10



# FIG. 11



FIG. 12



FIG. 13



FIG. 14



FIG. 15



FIG. 16



FIG. 17



FIG. 18



FIG. 19



FIG. 21



FIG. 20



FIG. 22

FIG. 23



FIG. 24



FIG. 25



FIG. 26



FIG. 27



FIG. 28



FIG. 29



FIG. 30

US 8,267,413 B1

**1**

## CAMBER ARM AND BALL JOINT ASSEMBLY

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of application Ser. No. 12/234,287 filed on Sep. 19, 2008, now pending, which is hereby incorporated by reference in its entirety into this specification.

### BACKGROUND OF THE INVENTION

A camber arm is used to adjust the camber angle of a tire/wheel assembly of a vehicle. The camber angle is the inward or outward tilt of the tire/wheel assembly and is measured from a true vertical line perpendicular to the ground. A tire/wheel assembly that is tilted outward at the top is considered to have positive camber. In contrast, a tire/wheel assembly tilted inward at the top is considered to have negative camber. For a zero setting, the tire/wheel assembly is in an exact vertical position or perpendicular to the ground. Positive camber results in a dynamic loading that allows the tire to run relatively flat against the road surface. Positive camber directs the weight and shock load of the vehicle on the larger inner wheel bearing and inboard portion of the spindle rather than the outboard bearing. A moderate positive camber results in longer bearing life, less likely sudden load failure, and easier steering. Excessive positive camber wears the outside of the tire and may cause wear to suspension pans such as wheel bearings and spindles. Negative camber on be used to improve the handling of a vehicle. A setting of ½° negative on both sides of a street car will improve cornering without affecting tire life greatly. This negative setting compensates for the slight positive camber change of the outside tire due to vehicle roll, thereby allowing a flatter tire contact patch during cornering. Excessive negative camber wears the inside of the tire and can cause wear and stress on suspension parts. Conventional devices do not allow the camber angle to be adjusted between a satisfactory range of positive and negative camber angles without failure under severe dynamic loads.

### SUMMARY OF THE INVENTION

One object of the present invention is to provide a camber arm that allows the camber angle to be adjusted between a wider range of positive and negative camber angles without failure under severe dynamic loads.

The present invention is a device for adjusting the camber angle of a tire/wheel assembly of a vehicle. In one embodiment, the device comprises a camber arm having first and second arms and a cage. The cage comprises a cavity, a top wall, a front wall, and first and second sidewalls. The first and second arms are connected to the first and second sidewalls of the cage. The top wall comprises an outside surface, an inside surface, and first and second slots. The cage further comprising a cut-out extending along the front and top walls. The device further comprises a ball joint assembly adjustably engaged with the cage. The ball joint assembly comprises a ball joint housing and a lower clamping plate that is adjustably fastened to the inside surface of the top wall. The ball joint housing has an outward portion and an inward portion. The device further comprises an upper clamping plate having an outside surface, an inside surface, a plurality of mounting holes, a front edge portion, first and second side edge portions, and a cut-out having an inner edge portion. The cut-out extends inward from the front edge portion to the inner edge portion to allow access to the ball joint housing when

**2**

assembled. The device further comprises a plurality of bolts for fastening the upper clamping plate and the lower clamping plate of the ball joint assembly to the top wall of the cage. The ball joint assembly may be adjustably moved within the first and second slots from a first position where the outward portion of the ball joint housing is disposed outside of the cavity of the cage and a second position where the outward portion of the ball joint housing is disposed within the cavity of the cage.

### BRIEF DESCRIPTION OF THE DRAWINGS

The following detailed description of the invention will more fully understood with reference to the accompanying drawings wherein:

FIG. **1** is a perspective view of a camber arm assembly according to the present invention shown without left and right camber arms;

FIG. **2** is an exploded view of the camber arm assembly;

FIG. **3** is a front elevation view of the camber arm assembly;

FIG. **4**A is a cross-section view taken along line **4-4** of FIG. **3** showing the outward portion of the ball joint housing disposed outward of the cavity of the cage;

FIG. **4**B is a cross-section view taken along line **4-4** of FIG. **3** showing the outward portion of the ball joint housing disposed within the cavity of the cage;

FIG. **5** is a cross-section view taken along line **5-5** of FIG. **4**-A;

FIGS. **6** and **7** are top front perspective views of the camber arm;

FIG. **8** is a top rear perspective view of the camber arm;

FIG. **9** is a bottom front perspective view of the camber arm;

FIG. **10** is a top plan view of the camber arm;

FIG. **11** is a bottom plan view of the camber arm;

FIG. **12** is a front elevation view of the camber arm;

FIG. **13** is a rear elevation view of the camber arm;

FIG. **14** is a left side elevation view of the camber arm;

FIG. **15** is a right side elevation view of the camber arm;

FIG. **16** is a top perspective view of a ball joint assembly according to the present invention;

FIG. **17** is a bottom perspective view of the ball joint assembly;

FIG. **18** is a top plan view of the ball joint assembly;

FIG. **19** is a front elevation view of the ball joint assembly;

FIG. **20** is a rear elevation view of the ball joint assembly;

FIG. **21** is a left side elevation view of the ball joint assembly;

FIG. **22** is a right side elevation view of the ball joint assembly;

FIG. **23** is a bottom plan view of the ball joint assembly;

FIG. **24** is a top perspective view of an upper clamping plate according to the present invention;

FIG. **25** is a top plan view of the upper clamping plate;

FIG. **26** is a front elevation view of the upper clamping plate;

FIG. **27** is a rear elevation view of the upper clamping plate;

FIG. **28** is a left side elevation view of the upper clamping plate;

FIG. **29** is a right side elevation view of the upper clamping plate; and

FIG. **30** is a bottom plan view of the upper clamping plate.

### DESCRIPTION OF THE INVENTION

Referring to FIGS. **1-2**, the present invention is a device **10** for adjusting the camber angle of a tire/wheel assembly (not

US 8,267,413 B1

3

shown) of a vehicle. In one embodiment, device **10** generally comprises a camber arm assembly **12**, a ball joint assembly **60**, and an upper clamping plate **96**. For ease of illustration, left and right arms **14** and **20** (to be described) are not shown. Ball joint assembly **60** may be adjustably positioned on camber arm assembly **12** and secured thereto by upper clamping plate **96** and bolts **114** and washers **116**.

Referring to FIGS. **6-15**, camber arm assembly **12** generally comprises left and right arms **14** and **20**, and a central cage **26**. Left arm **14** generally comprises a first end portion **16** and a second end portion **18**. Right arm **20** generally comprises a first end portion **22** and a second end portion **24**. Cage **26** generally comprises a cavity **28**, a top wall **30**, a front wall **44**, first and second sidewalk **52** and **54**, and a rear wall **56**. Cage **26** further comprises a large cut-out **50** formed by a cut-out **42** (to be described) along top wall **30** and a cut-out **48** (to be described) along front wall **44**. Second end portions **18** and **24** of first and second arms **14** and **20** are adapted for connection to the chassis frame (not shown) of the vehicle. In the embodiment shown, end portions **16** and **22** of first and second arms **14** and **20** are secured to left and right sidewalls **52** and **54** (to be described) of cage **26**, respectively, by conventional means such as welding. Arms **14** and **20** may be of any desired shape and configuration based upon the chassis frame or other vehicle specifications. Top wall **30** of cage **26** comprises an outside surface **32**, an inside surface **34**, and first and second slots **36** and **38**; and a cut-out **76**. In the embodiment shown, mounting holes **74** receive bolts **114** so that upper clamping plate **96** and lower clamping plate **68** of ball joint assembly **60** may be adjustably secured to and along top wall **30** of cage **26** by sliding the assembly within slots **36** and **38**. Front wall **44** comprises a bottom edge **46** and a cut-out **48**. Arms **14** and **20**, and cage **26** are made from steel and fabricated by conventional stamping and machining operations.

Referring to FIGS. **2** and **16-23**, ball joint assembly **60** comprises a ball joint housing **62** having a cavity **63**, an inward portion **64**, and an outward portion **66**. Ball joint assembly **60** further comprises a lower clamping plate **68** extending outward from inward portion **64**. Lower clamping plate **68** comprises an upper surface **70**, a lower surface **72**, mounting holes **74**, and a cut-out **76**. In the embodiment shown, mounting holes **74** are clearance holes to receive bolts **114** which are then threaded into mounting holes **102** (to be described) of upper clamping plate **96**. In other embodiments, mounting holes **74** may be threaded holes and mounting holes **102** (to be described) of upper clamping plate **96** may be clearance holes wherein bolts **114** would be inserted into clearance holes **102** (to be described) and then threaded into mounting holes **74**. Housing **62** and lower clamping plate **68** are made from steel and fabricated as a single cast piece by conventional casting and machining operations. As best shown by FIG. **2**, ball joint assembly **60** further comprises a ball joint **82** having a ball portion **84** and a threaded end portion **86**. Ball joint assembly **60** further comprises a plastic sleeve **80** and a housing cover **78**. Sleeve **80** is disposed about ball portion **84** of ball joint **82** and inserted within cavity **63** of ball joint housing **62** such that threaded end portion **86** extends downward out of cavity **63**. Cover **78** is removably engaged with ball joint housing **62** by a force-fit to enclose cavity **63**. Ball joint **82**, sleeve **80**, and housing cover **78** are well known in the industry and widely available. Ball joint assembly **60** further comprises a rubber dust boot **88** to prevent dust or other contamination from entering cavity **63** of ball joint housing **62**. Dust boot **88** is well known in the industry and widely available. Ball joint assembly **60** further comprises a locking ring **90** to retain dust boot **88** about ball joint housing **62**. Locking ring **90** is well known in the indus-

4

try and widely available. Ball joint assembly **60** further comprises a castle nut **92** and a locking pin **94** to prevent the spindle or steering knuckle (not shown) from being disengaged from ball joint **82**. Nut **92** and locking pin **94** are well known in the industry and widely available.

Referring to FIGS. **24-30**, upper clamping plate **96** comprises an upper surface **98**, a lower surface **100**, and a plurality of threaded mounting holes **102** extending from upper surface **98** to lower surface **100**. Upper clamping plate **96** further comprises side edges portions **104** and **106**, a front edge portion **108**, and a cut-out **110** having an inner edge portion **112**. Cut-out **110** extends inward from front edge portion **108** to inner edge portion **112** to allow access to cover **78** of ball joint housing **62** when assembled. Upon assembly of upper clamping plate **96** to lower clamping, plate **68** of ball joint assembly **60**, inner edge portion **112** is substantially aligned and/or immediately adjacent or juxtaposed to inward portion of **64** of ball joint housing **62** thereby allowing a person access to cover **78** and cavity **63** to repair or replace ball joint **82** and/or sleeve **80**. Upper clamping plate **96** is made from steel and fabricated by conventional machining operations.

Referring to FIGS. **3-5**, bolts **114** and washers **116** securely fasten upper clamping plate **96** and lower clamping plate **68** of ball joint assembly **60** to top wall **30** of cage **26**. In the embodiment shown, lower surface **100** of upper clamping plate **95** is engaged with outside surface **32** of top wall **30** of cage **26**, and upper surface **70** of lowering clamping plate **68** of ball joint assembly **60** is engaged with inside surface **34** of to wall **30** of cage **26**. Alternatively, lower surface **72** of lowering clamping plate **68** of ball joint assembly **60** may be engaged with outside surface **32** of top wall **30** of cage **26**, and upper surface **98** of upper clamping plate **96** may be engaged with inside surface **34**, of top wall **30** of cage **26**. In either fastening configuration, ball joint assembly **60** may be adjustably moved anywhere between a first position where outward portion **66** of ball joint housing **62** is disposed outside of cavity **63** (FIG. **4**A) and a second position where outward portion **66** of ball joint housing **62** is disposed within cavity **63** (FIG. **4**B). As described heretofore, mounting holes **74** of lower clamping plate **68** are clearance holes to receive or allow passage of bolts **114** which are then inserted thru slots **36** and **38** of cage **26**, and then threaded into threaded mounting holes **102** of upper clamping plate **96**. In other embodiments, mounting holes **74** may be threaded holes and mounting holes **102** of upper clamping plate **96** may be clearance holes wherein bolts **114** would be inserted into clearance holes **102** and then threaded into mounting holes **74**.

The foregoing description is intended for purposes of illustration. The invention may be embodied in other forms or carried out in other ways without departing from the spirit or scope of the invention.

What is claimed:

**1**. A device for adjusting a camber angle of a tire/wheel assembly of a vehicle comprising:

a camber arm comprising a cage; said cage comprises a cavity, a top wall, a front wall, and first and second sidewalls; said top wall comprises an outside surface, an inside surface, and first and second slot portions; said cage further comprises a cut-out extending along said front and top walls;

a ball joint assembly adjustably engaged with said cage; said ball joint assembly comprising a ball joint housing having a centerline and a lower clamping plate; said ball joint housing having an outward portion and an inward portion;

an upper clamping plate;

US 8,267,413 B1

5

a fastener for removably attaching said upper clamping plate and said lower clamping plate of said ball joint assembly to said top wall of said cage; and

whereby said ball joint assembly may be adjustably moved from a first position where said outward portion of said ball joint housing is disposed outside of said cavity to a second position where said outward portion of said ball joint housing is disposed within said cavity.

**2**. The device of claim **1**, wherein said cut-out of said cage extends substantially along said front and top walls.

**3**. The device of claim **2**, wherein said lower clamping plate comprising an upper surface, a lower surface, and a plurality of mounting holes.

**4**. The device of claim **3**, wherein said upper clamping plate comprises an upper surface, a lower surface, a plurality of mounting holes, a front edge portion, and a cut-out having an inner edge portion; said cut-out extending inward from said front edge portion to said inner edge portion to allow access to said ball joint housing when assembled.

**5**. The device of claim **4**, wherein said lower surface of said upper clamping plate is engaged with an outside surface of said top wall of said cage.

**6**. The device of claim **5**, wherein said upper surface of said lower clamping plate of said ball joint assembly is engaged with an inside surface of said top wall of said cage.

**7**. The device of claim **6**, wherein said cut-out of said cage is centrally disposed along said front and top walls of said cage.

**8**. The device of claim **7**, wherein said cut-out of said cage extends the full length of said front wall of said cage.

**9**. The device of claim **8**, wherein said upper clamping plate further comprises first and second side edges; said cut-out of said upper clamping plate being centrally disposed between said first and second side edges.

**10**. The device of claim **9**, wherein said cut-out of said upper clamping plate extends inwardly a distance at least one-half the length of said upper clamping plate.

6

**11**. The device of claim **10**, wherein said fastener comprises a plurality of bolts.

**12**. The device of claim **11**, wherein said mounting holes of said upper clamping plate are threaded holes and said mounting holes of said lower clamping plate of said ball joint assembly are clearance holes; and said plurality of bolts pass through said clearance holes of said lower clamping plate of said ball joint assembly, through said first and second slot portions of said top wall of said cage, and threaded with said threaded holes of said upper clamping plate.

**13**. The device of claim **12**, wherein said cut-out of said upper clamping plate is substantially the same shape as said inward portion of said ball joint housing.

**14**. The device of claim **13**, wherein said cut-out of said upper clamping plate is concave shaped.

**15**. The device of claim **14**, wherein said inward portion of said ball joint housing is convex shaped.

**16**. The device of claim **15**, wherein said first and second slot portions of said top wall are elongated.

**17**. The device of claim **16**, wherein said top wall of said cage is substantially perpendicular to said front wall of said cage.

**18**. The device of claim **17**, wherein said cut-out of said cage has a centerline aligned with said centerline of said ball joint housing.

**19**. The device of claim **11**, wherein said mounting holes of said upper clamping plate are clearance holes and said mounting holes of said lower clamping plate of said ball joint assembly are threaded holes; and said plurality of bolts pass through said clearance holes of said upper clamping plate, through said first and second slot portions of said top wall of said cage, and threaded with said threaded holes of said lower clamping plate of said ball joint assembly.

\*     \*     \*     \*     \*

**EXHIBIT B - U.S. PATENT NO. 7,857,332**

US007857332B2

(12) **United States Patent** (10) **Patent No.:** **US 7,857,332 B2**

Hsu (45) **Date of Patent:** **Dec. 28, 2010**

(54) **CAMBER ARM AND BALL JOINT ASSEMBLY**

(75) Inventor: **David Hsu**, Norco, CA (US)

(73) Assignee: **Group-A Autosports, Inc.**, Norco, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 197 days.

(21) Appl. No.: **12/234,287**

(22) Filed: **Sep. 19, 2008**

(65) **Prior Publication Data**

US 2010/0072719 A1 Mar. 25, 2010

(51) **Int. Cl.**
*B62D 17/00* (2006.01)

(52) **U.S. Cl.** ............................. **280/86.757**; 280/86.751

(58) **Field of Classification Search** ............. 280/5.521, 280/86.751, 86.757

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | | |
|---|---|---|---|---|---|---|
| 2,290,923 | A | * | 7/1942 | Wahlberg | .............. | 280/86.757 |
| 2,544,331 | A | * | 3/1951 | Kogstrom | .............. | 280/86.754 |
| 2,605,118 | A | * | 7/1952 | Booth et al. | .......... | 280/86.756 |
| 2,664,297 | A | * | 12/1953 | Booth | .................. | 280/86.757 |
| 2,684,253 | A | * | 7/1954 | Leighton | .............. | 280/86.751 |
| 2,900,196 | A | * | 8/1959 | Nienke | ................. | 280/86.756 |
| 2,923,555 | A | * | 2/1960 | Kost et al. | ............. | 280/86.756 |
| 3,273,909 | A | * | 9/1966 | Muller et al. | ......... | 280/86.756 |
| 3,999,779 | A | * | 12/1976 | Bishop | ................. | 280/5.521 |
| 4,973,075 | A | * | 11/1990 | Rori et al. | ............. | 280/86.757 |
| 5,292,149 | A | * | 3/1994 | Luger | ..................... | 280/5.521 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 5,361,864 | A | * | 11/1994 | Tanaka | ....................... | 180/219 |
| 5,538,273 | A | * | 7/1996 | Osenbaugh et al. | .... | 280/86.756 |
| 5,697,632 | A | * | 12/1997 | Burman et al. | ........ | 280/86.756 |
| 5,951,030 | A | * | 9/1999 | Butler | ................... | 280/86.751 |
| 6,224,075 | B1 | * | 5/2001 | McIntyre | .............. | 280/86.751 |
| 6,293,724 | B1 | * | 9/2001 | Spears et al. | ............ | 403/122 |
| 6,478,318 | B1 | * | 11/2002 | Allman et al. | ........ | 280/86.751 |
| 6,485,038 | B1 | * | 11/2002 | Garrard | .................. | 280/86.75 |
| 6,557,872 | B1 | * | 5/2003 | Garrard | ................. | 280/86.751 |
| 6,932,366 | B2 | * | 8/2005 | Jones et al. | ............ | 280/86.751 |
| 7,278,648 | B2 | * | 10/2007 | Bobbitt et al. | ........ | 280/86.751 |
| 7,467,800 | B2 | * | 12/2008 | Houser et al. | ........... | 280/5.521 |
| 7,513,514 | B1 | * | 4/2009 | Schlosser et al. | ...... | 280/93.511 |
| 7,568,711 | B2 | * | 8/2009 | Houser et al. | ......... | 280/86.756 |
| D602,408 | S | * | 10/2009 | Hsu | ......................... | D12/159 |

* cited by examiner

*Primary Examiner*—Paul N Dickson
*Assistant Examiner*—Laura Freedman
(74) *Attorney, Agent, or Firm*—Steven N. Fox, Esq.

(57) **ABSTRACT**

A device for adjusting camber angle of a vehicle tire/wheel assembly, comprising a camber arm having first and second arms and a cage. The cage comprises a cavity, top and front walls, sidewalls, and a cut-out, the first and second arms connected to the sidewalls. The device further comprises a ball joint assembly adjustably engaged with the cage, and comprising a housing and a lower clamping plate. The device further comprises an upper clamping plate, the upper and lower clamping plates bolted to the cage top wall. The ball joint assembly moveable from a first position where an outward portion of the ball joint housing is disposed outside of the cage cavity, and a second position where the outward portion of the ball joint housing is disposed within the cage cavity.

**16 Claims, 15 Drawing Sheets**





FIG. 1

FIG. 2



FIG. 3



FIG. 5



FIG. 4A



FIG. 4B



FIG. 6



FIG. 7

Case 5:14-cv-02606-BRO-SP   Document 1-6   Filed 12/22/14   Page 30 of 59   Page ID #:100



FIG. 8



FIG. 9



FIG. 10



FIG. 11

Case 5:14-cv-02606-BRO-SP   Document 1-6   Filed 12/22/14   Page 34 of 59   Page ID #:104



FIG. 12



FIG. 13



FIG. 14



FIG. 15



FIG. 16



FIG. 17



FIG. 18



FIG. 19



FIG. 21



FIG. 20



FIG. 22



FIG. 23



FIG. 24



FIG. 25



FIG. 26



FIG. 28



FIG. 29



FIG. 27



FIG. 30

US 7,857,332 B2

**1**

## CAMBER ARM AND BALL JOINT ASSEMBLY

### BACKGROUND OF THE INVENTION

A camber arm is used to adjust the camber angle of a tire/wheel assembly of a vehicle. The camber angle is the inward or outward tilt of the tire/wheel assembly and is measured from a true vertical line perpendicular to the ground. A tire/wheel assembly that is tilted outward at the top is considered to have positive camber. In contrast, a tire/wheel assembly tilted inward at the top is considered to have negative camber. For a zero setting, the tire/wheel assembly is in an exact vertical position or perpendicular to the ground. Positive camber results in a dynamic loading that allows the tire to run relatively flat against the road surface. Positive camber directs the weight and shock load of the vehicle on the larger inner wheel bearing and inboard portion of the spindle rather than the outboard bearing. A moderate positive camber results in longer bearing life, less likely sudden load failure, and easier steering. Excessive positive camber wears the outside of the tire and may cause wear to suspension parts such as wheel bearings and spindles. Negative camber can be used to improve the handling of a vehicle. A setting of ½° negative on both sides of a street car will improve cornering without affecting tire life greatly. This negative setting compensates for the slight positive camber change of the outside tire due to vehicle roll, thereby allowing a flatter tire contact patch during cornering. Excessive negative camber wears the inside of the tire and can cause wear and stress on suspension parts. Conventional devices do not allow the camber angle to be adjusted between a satisfactory range of positive and negative camber angles without failure under severe dynamic loads.

### SUMMARY OF THE INVENTION

One object of the present invention is to provide a camber arm that allows the camber angle to be adjusted between a wider range of positive and negative camber angles without failure under severe dynamic loads.

The present invention is a device for adjusting the camber angle of a tire/wheel assembly of a vehicle. In one embodiment, the device comprises a camber arm having first and second arms and a cage. The cage comprises a cavity, a top wall, a front wall, and first and second sidewalls. The first and second arms are connected to the first and second sidewalls of the cage. The top wall comprises an outside surface, an inside surface, and first and second slot portions. The cage further comprising a cut-out extending along the front and top walls. The device further comprises a ball joint assembly adjustably engaged with the cage. The ball joint assembly comprises a ball joint housing and a lower clamping plate that is adjustably fastened to the inside surface of the top wall. The ball joint housing has an outward portion and an inward portion. The device further comprises an upper clamping plate having an outside surface, an inside surface, a plurality of mounting holes, a front edge portion, first and second side edge portions, and a cut-out having an inner edge portion. The cut-out extends inward from the front edge portion to the inner edge portion to allow access to the ball joint housing when assembled. The device further comprises a plurality of bolts for fastening the upper clamping plate and the lower clamping plate of the ball joint assembly to the top wall of the cage. The ball joint assembly may be adjustably moved from a first position where the outward portion of the ball joint housing is disposed outward of the cavity of the cage and a second position where the outward portion of the ball joint housing is disposed within the cavity of the cage.

**2**

### BRIEF DESCRIPTION OF THE DRAWINGS

The following detailed description of the invention will more fully understood with reference to the accompanying drawings wherein:

FIG. **1** is a perspective view of the camber arm assembly according to the present invention shown without left and right camber arms;

FIG. **2** is an exploded view of the camber arm assembly without left and right camber arms;

FIG. **3** is a front elevation view of the camber arm assembly without left and right camber arms;

FIG. **4**A is a cross-section view taken along line **4-4** of FIG. **3** without left and right camber arms and showing the outward portion of the ball joint housing disposed outward of the cavity of the cage;

FIG. **4**B is a cross-section view taken along line **4-4** of FIG. **3** without left and right camber arms and showing the outward portion of the ball joint housing disposed within the cavity of the cage;

FIG. **5** is a cross-section view taken along line **5-5** of FIG. **5** without left and right camber arms;

FIGS. **6** and **7** are top front perspective views of the camber arm according to the present invention;

FIG. **8** is a top rear perspective view of the camber arm;

FIG. **9** is a bottom front perspective view of the camber arm;

FIG. **10** is a top plan view of the camber arm;

FIG. **11** is a bottom plan view of the camber arm;

FIG. **12** is a front elevation view of the camber arm;

FIG. **13** is a rear elevation view of the camber arm;

FIG. **14** is a left side elevation view of the camber arm;

FIG. **15** is a right side elevation view of the camber arm;

FIG. **16** is a top perspective view of the ball joint assembly according to the present invention;

FIG. **17** is a bottom perspective view of the ball joint assembly;

FIG. **18** is a top plan view of the ball joint assembly;

FIG. **19** is a front elevation view of the ball joint assembly;

FIG. **20** is a rear elevation view of the ball joint assembly;

FIG. **21** is a left side elevation view of the ball joint assembly;

FIG. **22** is a right side elevation view of the ball joint assembly;

FIG. **23** is a bottom plan view of the ball joint assembly;

FIG. **24** is a top perspective view of the upper clamping plate according to the present invention;

FIG. **25** is a top plan view of the upper clamping plate;

FIG. **26** is a front elevation view of the upper clamping plate;

FIG. **27** is a rear elevation view of the upper clamping plate;

FIG. **28** is a left side elevation view of the upper clamping plate;

FIG. **29** is a right side elevation view of the upper clamping plate; and

FIG. **30** is a bottom plan view of the upper clamping plate.

### DESCRIPTION OF THE INVENTION

Referring to FIGS. **1-2**, the present invention is a device **10** for adjusting the camber angle of a tire/wheel assembly (not shown) of a vehicle. In one embodiment, device **10** generally comprises a camber arm assembly **12**, a ball joint assembly **60**, and an upper clamping plate **96**. For ease of illustration, left and right arms **14** and **20** (to be described) are not shown. Ball joint assembly **60** may be adjustably positioned on cam-

US 7,857,332 B2

3

ber arm assembly **12** and secured thereto by upper clamping plate **96** and bolts **114** and washers **116**.

Referring to FIGS. **6-15**, camber arm assembly **12** generally comprises left and right arms **14** and **20**, and a central cage **26**. Left arm **14** generally comprises a first end portion **16** and a second end portion **18**. Right arm **20** generally comprises a first end portion **22** and a second end portion **24**. Cage **26** generally comprises a cavity **28**, a top wall **30**, a front wall **44**, first and second sidewalls **52** and **54**, and a rear wall **56**. Cage **26** further comprises a large cut-out **50** formed by a cut-out **42** (to be described) along top wall **30** and a cut-out **48** (to be described) along front wall **44**. Second end portions **18** and **24** of first and second arms **14** and **20** are adapted for connection to the chassis frame (not shown) of the vehicle. In the embodiment shown, first end portions **16** and **22** of first and second arms **14** and **20** are secured to left and right sidewalls **52** and **54** (to be described) of cage **26**, respectively, by conventional means such as welding. Arms **14** and **20** may be of any desired shape and configuration based upon the chassis frame or other vehicle specifications. Top wall **30** of cage **26** comprises an outside surface **32**, an inside surface **34**, and first and second slots **36** and **38**; and a cut-out **42**. First and second slots **36** and **38** receive bolts **114** so that upper clamping plate **96** and lower clamping plate **68** of ball joint assembly **60** may be adjustably secured to and along top wall **30** of cage **26** by sliding the assembly within slots **36** and **38**. Front wall **44** comprises a bottom edge **46** and a cut-out **48**. Arms **14** and **20**, and cage **26** are made from steel and fabricated by conventional stamping and machining operations.

Referring to FIGS. **2** and **16-23**, ball joint assembly **60** comprises a ball joint housing **62** having a cavity **63**, an inward portion **64**, and an outward portion **66**. Ball joint assembly **60** further comprises a lower clamping plate **68** extending outward from inward portion **64**. Lower clamping plate **68** comprises an upper surface **70**, a lower surface **72**, mounting holes **74**, and a cut-out **76**. In the embodiment shown, mounting holes **74** are clearance holes to receive bolts **114** which are then threaded into mounting holes **102** (to be described) of upper clamping plate **96**. In other embodiments, mounting holes **74** may be threaded holes and mounting holes **102** (to be described) of upper clamping plate **96** may be clearance holes wherein bolts **114** would be inserted into clearance holes **102** (to be described) and then threaded into mounting holes **74**. Housing **62** and lower clamping plate **68** are made from steel and fabricated as a single cast piece by conventional casting and machining operations. Ball joint assembly **60** further comprises a ball joint **82** having a ball portion **84** and a threaded end portion **84**. Ball joint assembly **60** further comprises a plastic sleeve **80** and a housing cover **78**. Sleeve **80** is disposed about ball portion **84** of ball joint **82** and inserted within cavity **63** of ball joint housing **62** such that threaded end portion **84** extends downward out of cavity **63**. Cover **78** is removably engaged with ball joint housing **62** by a force-fit to enclose cavity **63**. Ball joint **82**, sleeve **80**, and housing cover **78** are well known in the industry and widely available. Ball joint assembly **60** further comprises a rubber dust boot **88** to prevent dust or other contamination from entering cavity **63** of ball joint housing **62**. Dust boot **88** is well known in the industry and widely available. Ball joint assembly **60** further comprises a locking ring **90** to retain dust boot **88** about ball joint housing **62**. Locking ring **90** is well known in the industry and widely available. Ball joint assembly **60** further comprises a castle nut **92** and a locking pin **94** to prevent the spindle or steering knuckle (not shown) from being disengaged from ball joint **82**. Nut **92** and locking pin **94** are well known in the industry and widely available.

4

Referring to FIGS. **24-30**, upper clamping plate **96** comprises an upper surface **98**, a lower surface **100**, and a plurality of threaded mounting holes **102** extending from upper surface **98** to lower surface **100**. Upper clamping plate **96** further comprises side edges portions **104** and **106**, a front edge portion **108**, and a cut-out **110** having an inner edge portion **112**. Cut-out **110** extends inward from front edge portion **108** to inner edge portion **112** to allow access to cover **78** of ball joint housing **62** when assembled. Upon assembly of upper clamping plate **96** to lower clamping plate **68** of ball joint assembly **60**, inner edge portion **112** is substantially aligned and/or immediately adjacent or juxtaposed to inward portion of **64** of ball joint housing **62** thereby allowing a person access to cover **78** and cavity **63** to repair or replace ball joint **82** and/or sleeve **80**. Upper clamping plate **96** is made from steel and fabricated by conventional machining operations.

Referring to FIGS. **3-5**, bolts **114** and washers **116** securely fasten upper clamping plate **96** and lower clamping plate **68** of ball joint assembly **60** to top wall **30** of cage **26**. In the embodiment shown, lower surface **100** of upper clamping plate **96** is engaged with outside surface **32** of top wall **30** of cage **26**, and upper surface **70** of lowering clamping plate **68** of ball joint assembly **60** is engaged with inside surface **34** of top wall **30** of cage **26**. Alternatively, lower surface **72** of lowering clamping plate **68** of ball joint assembly **60** may be engaged with outside surface **32** of top wall **30** of cage **26**, and upper surface **98** of upper clamping plate **96** may be engaged with inside surface **34** of top wall **30** of cage **26**. In either fastening configuration, ball joint assembly **60** may be adjustably moved anywhere between a first position where outward portion **66** of ball joint housing **62** is disposed outside of cavity **63** (FIG. **4**A) and a second position where outward portion **66** of ball joint housing **62** is disposed within cavity **63** (FIG. **4**B). As described heretofore, mounting holes **74** of lower clamping plate **68** are clearance holes to receive or allow passage of bolts **114** which are then inserted thru slots **36** and **38** of cage **26**, and then threaded into threaded mounting holes **102** of upper clamping plate **96**. In other embodiments, mounting holes **74** may be threaded holes and mounting holes **102** of upper clamping plate **96** may be clearance holes wherein bolts **114** would be inserted into clearance holes **102** and then threaded into mounting holes **74**.

The foregoing description is intended for purposes of illustration. The invention may be embodied in other forms or carried out in other ways without departing from the spirit or scope of the invention.

What is claimed:

**1**. A device for adjusting the camber angle of a tire/wheel assembly of a vehicle comprising:

a camber arm comprising first and second arms and a cage; said cage comprising a cavity, a top wall, a front wall, and first and second sidewalls; said first and second arms being connected to said first and second sidewalls of said cage, respectively; said top wall comprising an outside surface, an inside surface, and first and second slot portions; said cage further comprising a cut-out extending along said front and top walls;

a ball joint assembly adjustably engaged with said cage; said ball joint assembly comprising a ball joint housing and a lower clamping plate; said ball joint housing having an outward portion and an inward portion; said lower clamping plate comprising an upper surface, a lower surface, and a plurality of mounting holes;

an upper clamping plate;

a plurality of bolts for fastening said upper clamping plate and said lower clamping plate of said ball joint assembly to said top wall of said cage; and

US 7,857,332 B2

5

whereby said ball joint assembly may be adjustably moved from a first position where said outward portion of said ball joint housing is disposed outside of said cavity to a second position where said outward portion of said ball joint housing is disposed within said cavity.

**2**. The device of claim **1**, wherein said upper clamping plate comprises an upper surface, a lower surface, a plurality of mounting holes, a front edge portion, and a cut-out having an inner edge portion; said cut-out extending inward from said front edge portion to said inner edge portion to allow access to said ball joint housing when assembled.

**3**. The device of claim **2**, wherein said lower surface of said upper clamping plate is engaged with said outside surface of said upper wall of said cage; and said upper surface of said lowering clamping plate of said ball joint assembly is engaged with said inside surface of said top wall of said cage.

**4**. The device of claim **2**, wherein said lower surface of said lowering clamping plate of said ball joint assembly is engaged with said outside surface of said top wall of said cage; and said upper surface of said upper clamping plate of said ball joint assembly is engaged with said inside surface of said upper wall of said cage.

**5**. The device of claim **3**, wherein said cut-out of said cage is centrally disposed along said front and top walls of said cage.

**6**. The device of claim **5**, wherein said cut-out of said cage extends the full length of said front wall of said cage.

**7**. The device of claim **6**, wherein said upper clamping plate further comprises first and second side edges; and said cut-out of said upper clamping plate being centrally disposed between said first and second side edges.

**8**. The device of claim **7**, wherein said cut-out of said upper clamping plate extends inwardly a distance at least one-half the length of said upper clamping plate.

6

**9**. The device of claim **8**, wherein said mounting holes of said upper clamping plate are threaded holes and said mounting holes of said lower clamping plate of said ball joint assembly are clearance holes; and said plurality of bolts pass through said clearance holes of said lower clamping plate of said ball joint assembly, through said first and second slot portions of said top wall of said cage, and threaded with said threaded holes of said upper clamping plate.

**10**. The device of claim **8**, wherein said mounting holes of said upper clamping plate are clearance holes and said mounting holes of said lower clamping plate of said ball joint assembly are threaded holes; and said plurality of bolts pass through said clearance holes of said upper clamping plate, through said first and second slot portions of said top wall of said cage, and threaded with said threaded holes of said lower clamping plate of said ball joint assembly.

**11**. The device of claim **10**, wherein said cut-out of said upper clamping plate is substantially the same shape as said inward portion of said ball joint housing.

**12**. The device of claim **11**, wherein said cut-out of said upper clamping plate is concave shaped.

**13**. The device of claim **12**, wherein said inward portion of said ball joint housing is convex shaped.

**14**. The device of claim **13**, wherein said first and second slots are elongated.

**15**. The device of claim **14**, wherein said top wall of said cage is substantially perpendicular to said front wall of said cage.

**16**. The device of claim **15**, wherein said cut-out of said cage has a centerline aligned with said centerline of said ball joint housing.

* * * * *

**EXHIBIT C - U.S. PATENT NO. D602408**

US00D602408S

(12) **United States Design Patent** (10) Patent No.: **US D602,408 S**

Hsu (45) Date of Patent: ** **Oct. 20, 2009**

(54) **PORTION OF A CAMBER ARM**

(76) Inventor: **David Hsu**, 2050 5th St., Norco, CA (US) 92860

(**) Term: **14 Years**

(21) Appl. No.: **29/323,436**

(22) Filed: **Aug. 26, 2008**

(51) **LOC (9) Cl.** .................................................. **12-16**
(52) **U.S. Cl.** .............................................. **D12/159**
(58) **Field of Classification Search** ............... D12/400,
D12/340, 161, 159, 120, 118, 114; 280/11.225,
280/86.752; 188/315, 316, 298, 274, 281,
188/286, 297; 293/134; 267/195; 279/2.01,
279/2.17
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,530,514 A * | 7/1985 | Ito ......................... | 280/124.13 |
| 2004/0021286 A1* | 2/2004 | Bombardier et al. .. | 280/124.134 |
| 2004/0094927 A1* | 5/2004 | Nagreski et al. ....... | 280/93.512 |
| 2005/0127634 A1* | 6/2005 | Gerrard ............... | 280/124.143 |
| 2005/0212244 A1* | 9/2005 | Bobbitt et al. ......... | 280/86.751 |
| 2009/0066051 A1* | 3/2009 | Gerrard ............... | 280/124.134 |

* cited by examiner

*Primary Examiner*—T. Chase Nelson
*Assistant Examiner*—Michael A Pratt

(57) **CLAIM**

The ornamental design for a portion of a camber arm, as shown and described.

**DESCRIPTION**

FIG. **1** is a top front perspective view of the design according to the present invention;

FIG. **2** is another top front perspective view of the design according to the present invention;

FIG. **3** is a top rear perspective view of the design according to the present invention;

FIG. **4** is a bottom front perspective view of the design according to the present invention;

FIG. **5** is a top plan view of the design according to the present invention;

FIG. **6** is a bottom plan view of the design according to the present invention;

FIG. **7** is a front elevation view of the design according to the present invention;

FIG. **8** is a rear elevation view of the design according to the present invention;

FIG. **9** is a left side elevation view of the design according to the present invention; and,

FIG. **10** is a right side elevation view of the design according to the present invention.

The broken lines in the drawings are environmental and form no part of the claimed design.

**1 Claim, 10 Drawing Sheets**





FIG. 1



FIG. 2

Case 5:14-cv-02606-BRO-SP Document 1-6 Filed 12/22/14 Page 47 of 59 Page ID #:117



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8

**U.S. Patent**     Oct. 20, 2009     **Sheet 9 of 10**     **US D602,408 S**



FIG. 9



FIG. 10

**<u>EXHIBIT D - Infringing  Camber Arm</u>**

Follow



e  Browse   Search   Compare   Add   Classifieds   Games   Parts   Tracks   Videos   Dyno   Events   Tools   Blog   Links   Contact

**ENGINEERING FRONT+REAR CAMBER CONTROL KIT ARM 96-00 HONDA CIVIC EG EJ EM GOLD for Sale**

s Search: [                    ]  [ Search ]

u like this part use the Google +1 button:

Like  17,204 people like this. Sign Up to see what your friends like.

 

twitter   Share  |



Price: $194

This item has been shown 6 times.

**Click HERE for more information about this part.**

[ Buy Now ]

J2 ENGINEERING FRONT+REAR CAMBER CONTROL KIT ARM 96-00 HONDA CIVIC EG EJ EM GOLD

SKU: J2-CBK-F-HC88+J2-CBK-HC96-GD

J2 Engineering Adjustable High Strength Front Camber Kit

When a car's suspension is upgraded with lowering springs, the result is a lower ride height, a more aggressive look, and better handling due to the lowered center of gravity. While those things are great improvements for the car, the tires suffers from increased wearing and tearing since the tires will slant inwards towards the inside fender. A camber kit will allow the car to remain at the lowered

**Home   Browse   Search   Compare   Ad**

Similar 1/4 mile timeslips to browse:

2003 Honda Civic EX coupe: 6.525 @ 213.500
stephan papadakis, Engine: acura nsx, Turbos: twin 64mm Tires: toyo

1995 Honda Civic DX: 8.192 @ 174.080
Kenny Tran - Jotech, Engine: 1.8 Liter, Turbos: Garrett GT4202 Tires: M/T

2000 Honda Civic SI: 8.411 @ 175.320
Stephanie Eggum, Engine: B18C1, Turbos: GT42R 74mm Tires: Mickey Thompson

2003 Honda Civic ex: 8.680 @ 169.000
John Brown, Engine: b18c, Turbos: t72 Tires: gooyear

1990 Honda Civic DX Hatch: 9.200 @ 162.000
Jim, Engine: LS VTEC B18 LS Block and B16 Head, Turbos: T70 Tires: Full Slicks

1997 Honda Civic Coupe Dunlop NoLimit VTG: 9.439 @ 151.000
Witold Karalow, Engine: B16A, Turbos: GT40 Tires: M/T 28

1997 Honda Civic Coupe: 9.665 @ 150.000
Vogelsinger Sandor, Engine: B18B, Turbos: Garrett

ride height while correcting the angle of the tire closer to the spec it was supposed to be.

Features & Benefits:

- Made of High Quality Lightweight CNC Machined Steel Alloy Material with Anodized Aluminum Adjuster
  - Corrects Camber +3.00 / - 3.00 Degrees and brings Quicker Response
- Improves Rear Suspension, Handling, Predictable Response and even Prevents Premature Tire Wearing.
  - Ensure Even or Desired Contact with the Ground;
    i.e. Tires Wear more Evenly and Increases Traction and Handling
  - Thicker and Stronger Lock Washers; Prevents Bolts from Getting Loose due to Engine Vibration and Road Conditions
- Hard Rubber Bushings for Extra Durability and Relativeness in Daily Driving or Tracking Racing
- Features Low Profile Aluminum Top Plate for Additional Clearance and Higher Clamping Load for No-Slip Performance
  - OE Type Paint-Coated for the Highest Durability
  - Design for Street, Track or Drift Racing Precise Adjustments with Long Service Life
  - Easy to Access Turn-Buckle Style Adjuster for Ease of Adjustment without the Need of Removal
    - Direct Bolt-On Installation or Replacement

J2 Engineering Adjustable High Strength Rear Camber Kit

When a car's suspension is upgraded with lowering springs, the result is a lower ride height, a more aggressive look, and better handling due to the lowered center of gravity. While those things are great improvements for the car, the tires suffers from increased wearing and tearing since the tires will slant inwards towards the inside fender. A camber kit will allow the car to remain at the lowered ride height while correcting the angle of the tire closer to the spec it was supposed to be.

Features & Benefits:

- Made of High Quality Lightweight CNC Machined Steel Alloy Material
  - Corrects Camber +4.00 / - 4.00 Degrees and brings Quicker Response
- Improves Rear Suspension, Handling, Predictable Response and even Prevents Premature Tire Wearing.
  - Ensure Even or Desired Contact with the Ground;
    i.e. Tires Wear more Evenly and Increases Traction and Handling
  - OE Type Paint-Coated for the Highest Durability
  - Design for Street, Track or Drift Racing Precise Adjustments with Long Service Life
    - Direct Bolt-On Installation or Replacement
    100% Brand New
    Professional Installer is Highly Recommended
    - No Instruction Included

Package Includes:

- 1 X Set (Right+Left) of Front Camber Kits
- 1 Set (Right+Left) Rear Camber Control Kits as Shown in the Picture Above

Application:

- 96-00 Honda Civic EJ8/ EJ7/ EJ6/ EM1
Range of Adjustibility is Estimated on Trial, Actual Range depends on Applications

NOTE: Minor modifications or adjustments may be needed for some of our products. Installation instruction not included. Professional installation strongly recommended for high performance/racing automotive parts. Please excuse us from any possible typos and unintentional misinterpretations. You are more than welcome to contact us for questions and concerns. Thank you!

-30 Days money back, please notify us within30 days after you've received your purchased item.
- All return requests must be submitted through your account.
- You have to obtain a RMA (Return Merchandise Authorization) number from us, and have the RMA number written on the return package.
- Buyers pay for return shipping fee.

Tires: Yokohama,M/T

**1995 Honda Civic vx hatchback: 9.680 @ 155.000**
kyle, Engine: b18c1, Turbos: garrett gt4294r Tires: 24.5x8.5x13 m&h slicks

**2007 Honda Civic 8th Civic SI: 9.849 @ 155.960**
Everton Carvalho, Engine: K24, Turbos: GTX4202 Tires: M/T 24,5x8

**1992 Honda Civic CX: 9.870 @ 145.660**
Alexei Guinitaran, Engine: 1.8 L, Turbos: 60-1 Tires: M/T 24.5 x 9

**1993 Honda Civic Street all motor : 9.871 @ 138.833**
Adel tuning, Engine: drag cartel k26,

**1998 Honda Civic Turbocharger: 9.930 @ 142.190**
Angela Proudfoot, Engine: B18, Turbos: Turbonetics custom

**1994 Honda Civic Coupe: 9.980 @ 145.580**
Angel Robles, Engine: 1.8 acura integra gs, Turbos: 60-1 Tires: m&h

**1993 Honda Civic cx: 10.050 @ 144.440**
joytech, Engine: b18c, Supercharger: n/a Turbos: gt40/ Tires: 24.5 x 9.5

**1996 Honda Civic EX Coupe: 10.081 @ 146.430**
Shannon, Engine: B18C, Turbos: GT40/35R

**1993 Honda Civic cx: 10.200 @ 142.000**
dean, Engine: 2.0L gsr, Turbos: ITS 62-1 Tires: 24.5x8.5x14

**1992 Honda Civic si: 10.350 @ 141.000**
jared wahl, Engine: b18c1 block guarded 82mm stock sleeves, Turbos: t70 Tires: mickythompson 24.5x8x13

**1996 Honda Civic DX LS1: 10.395 @ 132.610**
Travis Chaney, Engine: LS1, Tires: 26x10.50 Hoosiers

**1994 Honda Civic Coupe: 10.400 @ 137.860**
John Brown, Engine: 1.8 acura integra gs, Turbos: t3/t4 Tires: m&h

**1986 Honda Civic SI, AH5: 10.416 @ 125.000**
Jimmy Fernandez, Engine: B16a, Turbos: GARRETT T3/T4 60mm / 63mm Tires: FRONT full slick M/H / BACK 205/R50/15 KUMHO ECSTA

- Items to be returned must be in resalable condition.
- All returns are for refund ONLY. No exchange accepted.
- Returns for refund are subject to a 20% restocking fee.


- We accept the following payments: Paypal
- eChecks will be held until cleared.
- We are not responsible for any address changes after the payment has been made.
- Sales tax applies to California residents.
- VERY IMPORTANT: Please make sure you input the correct shipping information at checkout. We are not responsible for incorrect or undeliverable addresses.
- Shipping and handling for Continental US (48 contiguous states).
- Shipping to PR, HI, AK and PO Box addresses will be charged the same as shipping to Canada.
- US Territories and Military such as GU, VI, SAIPAN will be charegd the same as international shipping rate. Transaction will be held until a full shipping amount received. No APO/FPO address will be accepted or shipped.
- Some of the packages cannot be delivered to a PO Box. Customer is responsible to ensure PO Box address given is deliverable by the shipping company. Package will be held until a valid physical address is provided.
- Customer assumes shipping charges incurred in shipping to undeliverable address.
- International orders can check the shipment calculator on top to find out shipping costs. International buyers are responsible for all customs duties, taxes, and other applicable fees incurred by the countrys customs/border regulations. Please contact customs for more information.
- We ship 98% of all orders the same or next business day after payment received/cleared. Please understand that once orders are shipped, we cannot control the transit times thereafter. Most orders will ship via USPS First Class/Priority Mail or FedEx/UPS or the best suitable carrier for the specific size of the product.
- For Canada shipping please select the lowest price. We do notoffer expedited shipping.


- For emissions related items, please check with your local jurisdiction for emission specific requirements before purchasing.
- All items do not come with installation instruction unless otherwise specified.
- If item is questionable, please consult your local professional/mechanic before making purchase.
- Got any questions about this listing or the product that you've already purchased?
- Please feel free to contact us by using the link "Ask a question" above. Please notice that no emails will be replied during weekend and holidays.
- Product Business Hours: Monday - Friday, 10 AM to 6 PM (Pacific Time).


**Buy Now**

©2014 DragTimes - **Disclaimer**

# J2-CBK-HC92-SL




**Location:** FRONT

**Color:** SILVER

**Correction:** CAMBER +3.00 / -3.00

**Fitment:** 92-95 HONDA CIVIC / 93-97 DEL SOL
94-01 ACURA INTEGRA

Image 10 of 19 (play slideshow)

CLOSE ✕